IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELVIN JONES, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | No. 3:11-CV-3317-M-BH |
| | ) | |
| OFFICER APPLEWHITE, et. al, | ) | |
|     Defendants. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** Plaintiff's *Application to Proceed In Forma Pauperis*, received November 30, 2011 (doc. 4). By separate judgment, the Court summarily dismisses this action as barred by 28 U.S.C. § 1915(g).

**SO ORDERED** this 16th day of December, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS